JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laurie B LLC, a California limited liability company; Mel Bernie & Company, Inc. dba 1928 Jewelry Company, a California corporation; Emily A LLC, a California limited liability company; Jewelm, LLC, a California limited liability company; 1928 Watch Company, a California corporation; Melvyn J. Bernie, Trustee of the Bernie Family Trust dated October 31, 1990; Laurie S. Bernie, Trustee of the Bernie Family Trust dated October 31, 1990; Melvyn J. Bernie, an individual; and Laurie S. Bernie, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>Wells Fargo Bank, N.A., and Does 1 through 10,<br><br>    Defendants. | Case No.: CV 14-3942 DMG (SSx)<br><br>**JUDGMENT** |

JUDGMENT

On May 8, 2015, the Court filed its Order [Doc. # 100] granting Plaintiff Laurie B LLC's motion for summary judgment as to the first claim for relief in the First Amended Complaint [Doc. #34]. Plaintiffs thereafter requested that the Court dismiss the second and third claims for relief in the First Amended Complaint as moot [Doc. # 101], and the Court hereby dismisses those claims without prejudice. The Court also granted Plaintiffs' request for prejudgment interest in the amount of $249,019.69. [Doc. # 123.]

Therefore, judgment in this matter is entered in favor of Plaintiff Laurie B LLC and against Defendant Wells Fargo Bank, N.A., in the amount of $1,358,822.42, plus $249,019.69 in prejudgment interest.

DATED: June 25, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT COURT