# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laurie B LLC, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendants. | Case No.: CV 14-3942-DMG (SSx) <br><br> **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE [318]** |

The parties have stipulated that the above-referenced action has been settled in its entirety.

NOW, THEREFORE, the above-captioned action is dismissed with prejudice in its entirety. The Clerk is directed to enter the dismissal.

DATED: June 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE